# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Twanprece Neshawn Ivey,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-430

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2006 Order.

**Signed: October 18, 2006**

*[signature]*

Frank G. Johns, Clerk
United States District Court